Commonwealth *v.* Johnson, Appellant.

Argued April 11, 1974. *Burton L. Fish,* for appellant; *Robert H. Chase,* Assistant District Attorney, with him *Michael J. Veshecco,* Second Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.